# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**FREDDIE MARSALIS (#451967)**

**VERSUS**

**CAPT. KEVIN BARRERE, ET AL.**

**CIVIL ACTION**

**NO. 12-0037-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

**IT IS ORDERED** that the plaintiff's Motion for Summary Judgment (R. Doc. 90) is denied.

Signed in Baton Rouge, Louisiana, on December 5, 2014.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**