UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDDIE MARSALIS #451967 | * | CIVIL ACTION |
| | * | |
| V. | * | NO. 12-37-SDD/EWD |
| | * | |
| | * | JUDGE SHELLY D. DICK |
| KEVIN BARRERE, ET AL | * | MAGISTRATE JUDGE |
| | * | ERIN WILDER- DOOMES |

***************************************************************************************************

**MOTION TO ENFORCE SETTLEMENT**

NOW INTO COURT through undersigned counsel come Freddie Marsalis, who pursuant to La. R.S. 22:1973 (B)(5)( C) seeks enforcement of the settlement and costs and attorney fees along with statutory penalties allowed by law for the following good cause shown:

1.

On September 29, 2015, this Court held a hearing and granted the motion filed by Kevin Barrere to enforce a settlement.

2.

The settlement has not been paid despite multiple demands.

3.

The action was dismissed with prejudice. Defendants are not entitled to demand a release from claims prior to funding.

WHEREFORE Mr. Marsalis prays that this Court enforce the settlement agreement and after due proceedings enter an award of statutory penalties and award attorney fees for the filing of this motion and the multiple attempts to have the settlement funded.

RESPECTFULLY SUBMITTED:

Attorney for Plaintiff

s/Donna Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997

CERTIFICATE

I hereby certify that on January 29, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel named below by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the parties marked non-CM/ECF participants:

s/Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX 769-1997
Email:dgrodner@grodnerlaw.com

Stacey Johnson (27331 )
Assistant Attorney General
**Louisiana Department of Justice**
**Litigation Division**
1885 North Third St., 4th Floor (70802)
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
(225) 326-6300 Telephone
(225) 326-6495 Facsimile
Johnsonst@ag.state.la.us